UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE


<u>Cheryl Zill</u>

       v.                        Civil No. 08-cv-457-JD

<u>Audubon Society of Rhode Island</u>


<u>O R D E R</u>

On November 5, 2008, the above-captioned case was transferred to this District from the District of Maryland pursuant to the Court Order dated November 3, 2008.

On November 21, 2008, an Amended Order was issued by United States District Judge J. Frederick Motz, District of Maryland, transferring the case to the District of Rhode Island.

It is therefore ordered, that any outstanding deadlines in this case are herewith terminated and this case is closed in this district.

SO ORDERED.


November 25, 2008                                         <u>/s/ Joseph A. DiClerico, Jr.</u>
                                                                 Joseph A. DiClerico, Jr.
                                                                 United States District Judge


cc:    David Love, Esq.
        William C. Parler, Jr., Esq.